GOLDSMITH & HULL #54937
Attorney At Law
Carl N. Marschall
Attorney Bar #71823
18425 Burbank Blvd. Ste. 615
Tarzana, CA 91356-2821
(818) 708-2585 Fax: (818) 996-4537

ATTORNEYS FOR PLAINTIFF

ENTERED
CLERK, U.S. DISTRICT COURT
MAR 21 2001
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
MAR 21 2001
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. BILL SLUSSER AKA WILLIAM R. SLUSSER Defendant, | **CASE NO.** A00-04932 **DEFAULT JUDGMENT** |

THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d).

In the above-entitled action, an affidavit on behalf of the plaintiff satisfying the requirements of Rule 55 having been filed;

*IT IS ADJUDGED* that the United States of America, plaintiff, do have and recover of and from BILL SLUSSER AKA WILLIAM R. SLUSSER the sum of $1,453.80 as principal, $1,034.49 as accrued pre-judgment interest, $87.00 for penalties/administrative charges, and $170.00 for court cost, plus $345.38 attorney fees, less credits of $0.00 for a total amount of $3,090.67 plus interest from November 6, 2000, at the rate of $.12 per day to date of entry of judgment.

Judgment to accrue interest at the legal rate until paid.

DATE: 3-21-01

**SHERRI R. CARTER, CLERK COURT**
U.S. District Court Central District of California

BY: [signature]
DEPUTY CLERK

Docketed
Copies / NTC Sent
JS - 5 / JS - 6
JS - 2 / JS - 3
CLSD